JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| FRANK CANNON, | No. CV 17-02108-CJC (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| ELVIN VALENZUELA, Warden, | |
| Respondent. | |

Pursuant to the Order of Summary Dismissal Without Prejudice,

IT IS ADJUDGED that that the petition is summarily dismissed.

Dated: April 11, 2017

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge